1  Gena L. Sluga, SBN 9910
   Tyler J. Watson SBN 11735
2  Christian, Kravitz, Dichter, Johnson & Sluga, PLLC
   8985 Eastern Avenue, Suite 200
3  Las Vegas, Nevada 89123
4  gsluga@cdslawfirm.com
   tjwatson@ksjattorneys.com
5  *Attorney for RSUI Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Brad Hall & Associates, Inc.; Teton Petroleum Transport, LLC, | Case No.: 2:23-cv-00213-APG-DJA |
|---|---|
| Plaintiffs, vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT RSUI INDEMNITY COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT [DOC. 1]** |
| RSUI Indemnity Company, | |
| Defendant. | **FIRST REQUEST** |

Plaintiffs and Defendant RSUI Indemnity Company ("RSUI"), by and through undersigned counsel, hereby stipulate to extend the time for RSUI to respond to Plaintiffs' Complaint by an additional two weeks, from March 6, 2023 to March 20, 2023.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the allegations in the complaint. The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause

. . .

. . .

. . .

. . .

. . .

any prejudice to the parties in this matter.

DATED this 3rd day of March, 2023.

| **CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC** | **HOLLAND & HART LLP** |
|---|---|
| By: */s/ Gena L. Sluga* <br> Gena L. Sluga <br> Tyler J. Watson <br> 8985 Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 <br> *Attorney for RSUI Indemnity Company* | By: */s/ Joe A. Ramirez (with permission)* <br> Sydney R. Gambee <br> Joe A. Ramirez (*pro hac vice*) <br> Shawn A. Eady (*pro hac vice*) <br> Nevada Bar No. 14201 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br> *Attorneys for Plaintiffs Brad Hall & Associates; Teton Petroleum Transport, LLC* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2023

2