1  Gena L. Sluga, SBN 9910
   Tyler J. Watson SBN 11735
2  Christian, Kravitz, Dichter, Johnson & Sluga, PLLC
   8985 Eastern Avenue, Suite 200
3  Las Vegas, Nevada 89123
4  gsluga@cdslawfirm.com
   tjwatson@ksjattorneys.com
5  *Attorney for RSUI Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brad Hall & Associates, Inc.; Teton Petroleum Transport, LLC, <br><br> Plaintiffs, <br> vs. <br><br> RSUI Indemnity Company, <br><br> Defendant. | Case No.: 2:23-cv-00213-APG-DJA <br><br> **JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **FIRST REQUEST** |

Plaintiffs and Defendant RSUI Indemnity Company ("RSUI"), by and through undersigned counsel, hereby ask this Court to extend the briefing schedule for the dispositive motions described in this Court's May 1, 2023 order, which adopted the proposed briefing schedule set forth in the parties' Stipulation to Stay Discovery dated May 1, 2023. Specifically, the parties seek a two-week extension of each of the dates set forth in the briefing schedule.

Pursuant to Local Rule 6-1(b), the parties state the reason for the requested extension is that counsel for Zurich American Insurance Company has requested an additional extension of time to Friday, July 28, 2023 to serve its subpoena response. The Stipulation to Stay Discovery specifically authorized a subpoena of documents from Zurich in advance of cross motions for summary judgment. The parties wish to extend that professional courtesy to her, but cannot do so with a dispositive motion deadline of Monday, July 31, 2023.

Accordingly, the parties wish to modify their previously agreed-upon briefing schedule as follows:

- FRCP 56(a) motions to be filed no later than August 14, 2023;

2180710.1                                           1

- Brief(s) in opposition to a motion for summary judgment are due no later than 21 days after the filing and service of the motion(s).
- Reply brief(s) in support of a motion for summary judgment are due no later than 14 days after the filing of any opposition brief(s).

This request is not made for the purpose of delay and will not prejudice any party to this action.

DATED this 19th day of July, 2023.

| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC | HOLLAND & HART, LLP |
|---|---|
| By: */s/ Gena L. Sluga* <br> Gena L. Sluga <br> Tyler J. Watson <br> 8985 Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 | By: */s/ Jose A. Ramirez (with permission)* <br> Sydney R. Gambee <br> 9555 Hillwood Drive <br> 2nd Floor <br> Las Vegas, NV 89134 |

**MUSIC PEELER & GARRETT, LLP**

By: */s/ Nancy J.W. Brown (with permission)*
  Nancy J.W. Brown
  624 S. Grand Avenue, Suite 2000
  Los Angeles, CA 90293

*Attorney for RSUI Indemnity Company*

Jose A. Ramirez (*pro hac vice*)
Shawn A. Eady (*pro hac vice*)
Nevada Bar No. 14201
555 17th Street, Suite 3200
Denver, CO 80202-3921

*Attorneys for Plaintiffs Brad Hall & Associates; Teton Petroleum Transport, LLC*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITIED STATES MAGISTRATE JUDGE

DATED: July 27, 2023

2180710.1

2