UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brad Hall & Associates, Inc.; Teton Petroleum Transport, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RSUI Indemnity Company,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00213-APG-DJA<br><br>**Order** |

　　　　On May 4, 2023, the Court granted the parties' stipulation to stay discovery.  (ECF No. 20).  In that stipulation, the parties agreed that "[w]ithin 30 days of the Court's ruling on the [parties' respective FRCP 56(a) motions], the Parties will hold any supplemental Rule 26(f) conference(s), if necessary, and file a status report with the Court proposing additional discovery and other deadlines, including appropriate pleading amendment, and fact and expert discovery deadlines."  (*Id.* at 5).  On January 26, 2024, the Court entered an order on the parties' motions for summary judgment.  (ECF No. 34).  To date, the parties have not filed a status report.

　　　　**IT IS THEREFORE ORDERED** that the parties must submit a status report with the Court regarding discovery on or before **April 15, 2024.  Failure to comply with this order may result in the imposition/recommendation of sanctions.**

　　　　DATED: April 2, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE