Jose A. Ramirez (Colorado Bar No. 34866)
*(admitted pro hac vice)*
Shawn A. Eady (Colorado Bar No. 38650)
*(admitted pro hac vice)*
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, CO 80202-3921
Phone: 303.295.8000
jramirez@hollandhart.com
saeady@hollandhart.com

Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
srgambee@hollandhart.com

*Attorneys for Plaintiffs Brad Hall & Associates;
Teton Petroleum Transport, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Brad Hall & Associates, Inc.; Teton Petroleum Transport, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> RSUI Indemnity Company, <br><br> Defendant. | **Case No.: 2:23-cv-00213-APG-DJA** <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Brad Hall & Associates, Inc., Teton Petroleum Transport, LLC, and Defendant RSUI Indemnity Company (collectively, the "Parties"), by and through undersigned counsel of record, pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), hereby submit this Joint Stipulation for Dismissal with Prejudice:

1. The Parties have reached a settlement of the above-captioned case and stipulate to the dismissal of this action, with prejudice.

2. Each Party shall bear its own attorneys' fees and costs incurred in connection with this matter.

WHEREFORE, Plaintiffs Brad Hall & Associates, Inc., Teton Petroleum Transport, LLC, and Defendant RSUI Indemnity Company, hereby request that this Court enter an order of dismissal, with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 23rd day of September, 2024.

Respectfully submitted,

/s/ Sydney R. Gambee
Sydney R. Gambee (No. 14201)
Holland & Hart LLP
9555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134

Jose A. Ramirez (No. 34866)
*(Admitted Pro Hac Vice)*
Shawn A. Eady (No. 38650)
*(Admitted Pro Hac Vice)*
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921

**Attorneys for Plaintiffs Brad Hall & Associates, Inc.; Teton Petroleum Transport, LLC**

/s/ Nancy J.W. Brown
Tyler J. Watson SBN 11735
Gena L. Sluga, SBN 9910
Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Nancy J.W. Brown, Esq., SBN 4484
Music, Peeler & Garrett LLP
624 S. Grand Ave. Suite 2000
Los Angeles, CA 90293

**Attorneys for Defendant RSUI Indemnity Company**

IT IS SO ORDERED:

Dated: September 24, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2